THOMAS PERKINS et al., Respondents, v PHILIP BARRY, Appellant, et al., Defendants.

Submitted January 11, 2016; decided February 23, 2016

Motion, insofar as it seeks leave to appeal from that portion of the December 2015 Appellate Division order which dismissed appellant's appeal, denied; motion for leave to appeal otherwise

dismissed upon the ground that the remaining portions of the orders sought to be appealed from do not finally determine the action within the meaning of the Constitution.